# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                                §
                                      §
                                      §
JP STONE CONSTRUCTION INC             §       Case No. 09-32700 JPC
                                      §
         Debtor(s)                    §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                  $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

      5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____        By:/s/RONALD R. PETERSON_____
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 09-32700 | Judge: JACQUELINE P. COX | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | JP STONE CONSTRUCTION INC | | | Date Filed (f) or Converted (c): | 09/02/09 (f) |
| | | | | 341(a) Meeting Date: | 10/16/09 |
| For Period Ending: | 05/06/11 | | | Claims Bar Date: | 01/25/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Mechanic's Lien (u) | 0.00 | 15,000.00 | | 0.00 | 15,000.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.52 | Unknown | 0.00 | 0.00 |

| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $0.00 | $15,000.00 | | $0.52 | $15,000.00 | $0.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) | | |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 26, 2011, 9:22 p.m.  In receipt of the funds.  Case is ready for closing.


Initial Projected Date of Final Report (TFR): 06/30/12     Current Projected Date of Final Report (TFR): 04/01/11

_____  Date: _____

RONALD R. PETERSON

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 09-32700 -JPC |
| Case Name: | JP STONE CONSTRUCTION INC |
| Taxpayer ID No: | *******0660 |
| For Period Ending: | 05/06/11 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0710 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/13/11 | | Au Bkon Pain<br>One Au Bon Pain Way<br>Boston, MA 02210 | Mechanic's Lien | 1110-000 | 15,000.00 | | 15,000.00 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.15 | | 15,000.15 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 15,000.27 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,000.40 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 15,000.52 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 15,000.52 | 0.00 | 15,000.52 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 15,000.52 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 15,000.52 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******0710) | 15,000.52 | 0.00 | 15,000.52 |
| | 15,000.52 | 0.00 | 15,000.52 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 15,000.52 0.00

UST Form 101-7-TFR (10/1/2010) *(Page: 4)*

LFORM24

Ver: 16.02b

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-32700 | | Page 1 | | | Date: May 06, 2011 |
| Debtor Name: | JP STONE CONSTRUCTION INC | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000010<br>999<br>2810-00 | Dept of the Treasury<br>IRS<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114 | Administrative | Filed 02/05/10 | $0.00 | $100.00 | $100.00 |
| 000002B<br>040<br>5400-00 | Chicago Regional Council of Carpenters<br>Bruce C Scalambrino<br>c/o Scalambrino & Arnoff, LLP<br>One North LaSalle Street, Suite 1600<br>Chicago, IL 60602 | Priority | Filed 10/22/09 | $0.00 | $9,042.40 | $9,042.40 |
| 000001<br>070<br>7100-00 | Acuity, a Mutual Insurance Company<br>c/o Kohner, Mann & Kailas, S.C.<br>4650 N. Port Washington Rd.<br>Milwaukee, WI 53212 | Unsecured | Filed 09/25/09 | $0.00 | $103,949.38 | $103,949.38 |
| 000002A<br>070<br>7100-00 | Chicago Regional Council of Carpenters<br>Bruce C Scalambrino<br>c/o Scalambrino & Arnoff, LLP<br>One North LaSalle Street, Suite 1600<br>Chicago, IL 60602 | Unsecured | Filed 10/22/09 | $0.00 | $273,273.15 | $273,273.15 |
| 000003<br>070<br>7100-00 | Carpenters Pension & Retirement Savings Funds IL<br>Baum Sigman Auerbach & Neuman, Ltd.<br>c/o Jennifer L. Dunitz-Geiringer<br>200 W. Adams Street, Suite 2200<br>Chicago, IL 60606 | Unsecured | Filed 11/02/09 | $0.00 | $9,110.96 | $9,110.96 |
| 000004<br>070<br>7100-00 | Discover Bank<br>DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | Unsecured | Filed 12/29/09 | $0.00 | $2,149.20 | $2,149.20 |
| 000005<br>070<br>7100-00 | Fox River Components<br>5N172 Fox Bluff Court<br>St Charles IL 60175-5174 | Unsecured | Filed 01/07/10 | $0.00 | $6,600.50 | $6,600.50 |
| 000006<br>070<br>7100-00 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Unsecured | Filed 01/08/10 | $0.00 | $16,626.25 | $16,626.25 |
| 000007<br>070<br>7100-00 | Industrial & Wholesale Lumber<br>dba Totem Lumber & Supply<br>4401 N 25th Avenue<br>Schiller Park, IL 60176 | Unsecured | Filed 01/08/10 | $0.00 | $604.58 | $604.58 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: 09-32700 | | Page 2 | | | Date: May 06, 2011 |
| Debtor Name: JP STONE CONSTRUCTION INC | | Claim Class Sequence | | | |
|---|---|---|---|---|---|
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000008 070 7100-00 | Time Savers Inc<br>Teller Levit & Silvertrust<br>11 East Adams Street<br>Chicago IL 60603 | Unsecured | Filed 01/22/10 | $0.00 | $3,726.15 | $3,726.15 |
| 000009 070 7100-00 | State of Wisconsin<br>DWD-Unemployment Ins<br>PO Box 8914<br>Madison, WI 53708 | Unsecured | Filed 01/26/10 | $0.00 | $1,863.59 | $1,863.59 |
| 000011 070 7100-00 | Maximum Marketing<br>833 West Jackson Blvd Suite 300<br>Chicago IL 60607 | Unsecured | Filed 03/12/10 | $0.00 | $12,644.94 | $12,644.94 |
| 000012 070 7100-00 | Commonwealth Edison Company<br>3 Lincoln Center<br>Attn: Bankruptcy Section<br>Oakbrook Terrace, IL 60181 | Unsecured | Filed 07/14/10 | $0.00 | $726.26 | $726.26 |
| 000013 070 7100-00 | Industrial & Wholesale Lumber<br>dba Totem Lumber & Supply<br>4401 N 25th Avenue<br>Schiller Park, IL 60176 | Unsecured | Filed 11/12/10 | $0.00 | $604.58 | $604.58 |
| 000014 070 7100-00 | Renaissance Construction Fasteners<br>869 S Rohlwing Rd<br>Unit G<br>Addison, IL 60101 | Unsecured | Filed 11/17/10 | $0.00 | $612.36 | $612.36 |
| | Case Totals: | | | $0.00 | $441,634.30 | $441,634.30 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-32700 JPC  
Case Name: JP STONE CONSTRUCTION INC  
Trustee Name: RONALD R. PETERSON

    Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ | $ | $ |
| Trustee Expenses: RONALD R. PETERSON | $ | $ | $ |
| Other: Dept of the Treasury | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____

    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $           must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

UST Form 101-7-TFR (10/1/2010) *(Page: 7)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002B | Chicago Regional Council of Carpenters<br>Bruce C Scalambrino<br>c/o Scalambrino & Arnoff, LLP<br>One North LaSalle Street, Suite 1600<br>Chicago, IL 60602 | $ | $ | $ |

    Total to be paid to priority creditors      $_____

    Remaining Balance      $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Acuity, a Mutual Insurance Company<br>c/o Kohner, Mann & Kailas, S.C.<br>4650 N. Port Washington Rd.<br>Milwaukee, WI 53212 | $ | $ | $ |
| 000002A | Chicago Regional Council of Carpenters<br>Bruce C Scalambrino<br>c/o Scalambrino & Arnoff, LLP<br>One North LaSalle Street, Suite 1600<br>Chicago, IL 60602 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Carpenters Pension & Retirement Savings Funds IL<br>Baum Sigman Auerbach & Neuman, Ltd.<br>c/o Jennifer L. Dunitz-Geiringer<br>200 W. Adams Street, Suite 2200<br>Chicago, IL 60606 | $ | $ | $ |
| 000004 | Discover Bank<br>DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | $ | $ | $ |
| 000005 | Fox River Components<br>5N172 Fox Bluff Court<br>St Charles IL 60175-5174 | $ | $ | $ |
| 000006 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000007 | Industrial & Wholesale Lumber<br>dba Totem Lumber & Supply<br>4401 N 25th Avenue<br>Schiller Park, IL 60176 | $ | $ | $ |
| 000008 | Time Savers Inc<br>Teller Levit & Silvertrust<br>11 East Adams Street<br>Chicago IL 60603 | $ | $ | $ |
| 000009 | State of Wisconsin<br>DWD-Unemployment Ins<br>PO Box 8914<br>Madison, WI 53708 | $ | $ | $ |
| 000011 | Maximum Marketing<br>833 West Jackson Blvd<br>Suite 300<br>Chicago IL 60607 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Commonwealth Edison Company<br>3 Lincoln Center<br>Attn: Bankruptcy Section<br>Oakbrook Terrace, IL 60181 | $ | $ | $ |
| 000013 | Industrial & Wholesale Lumber<br>dba Totem Lumber & Supply<br>4401 N 25th Avenue<br>Schiller Park, IL 60176 | $ | $ | $ |
| 000014 | Renaissance Construction Fasteners<br>869 S Rohlwing Rd<br>Unit G<br>Addison, IL 60101 | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

    Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (10/1/2010) *(Page: 11)*