UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JP STONE CONSTRUCTION INC | § | Case No. 09-32700 JPC |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    CLERK OF THE U.S. BANKRUPTCY COURT
    KENNETH S. GARDNER
    219 S. Dearborn St.
    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 08/11/2011 in Courtroom 619,
    UNITED STATES BANKRUPTCY COURT
    219 S. Dearborn St.
    Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

| | |
|---|---|
| Date Mailed: 07/08/2011 | By: UNITED STATES BANKRUPTCY COURT |
| | Clerk |

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| JP STONE CONSTRUCTION INC | § | Case No. 09-32700 JPC |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

The Final Report shows receipts of $

and approved disbursements of $

leaving a balance on hand of[1] $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ | $ | $ |
| Trustee Expenses: RONALD R. PETERSON | $ | $ | $ |
| Other: Dept of the Treasury | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses      $_____

Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002B | Chicago Regional Council of Carpenters<br>Bruce C Scalambrino<br>c/o Scalambrino & Arnoff, LLP<br>One North LaSalle Street, Suite 1600<br>Chicago, IL 60602 | $ | $ | $ |

Total to be paid to priority creditors                $_____

Remaining Balance                                     $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Acuity, a Mutual Insurance Company<br>c/o Kohner, Mann & Kailas, S.C.<br>4650 N. Port Washington Rd.<br>Milwaukee, WI 53212 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Chicago Regional Council of Carpenters<br>Bruce C Scalambrino<br>c/o Scalambrino & Arnoff, LLP<br>One North LaSalle Street, Suite 1600<br>Chicago, IL 60602 | $ | $ | $ |
| 000003 | Carpenters Pension & Retirement Savings Funds IL<br>Baum Sigman Auerbach & Neuman, Ltd.<br>c/o Jennifer L. Dunitz-Geiringer<br>200 W. Adams Street, Suite 2200<br>Chicago, IL 60606 | $ | $ | $ |
| 000004 | Discover Bank<br>DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | $ | $ | $ |
| 000005 | Fox River Components<br>5N172 Fox Bluff Court<br>St Charles IL 60175-5174 | $ | $ | $ |
| 000006 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000007 | Industrial & Wholesale Lumber<br>dba Totem Lumber & Supply<br>4401 N 25th Avenue<br>Schiller Park, IL 60176 | $ | $ | $ |
| 000008 | Time Savers Inc<br>Teller Levit & Silvertrust<br>11 East Adams Street<br>Chicago IL 60603 | $ | $ | $ |
| 000009 | State of Wisconsin<br>DWD-Unemployment Ins<br>PO Box 8914<br>Madison, WI 53708 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | Maximum Marketing<br>833 West Jackson Blvd<br>Suite 300<br>Chicago IL 60607 | $ | $ | $ |
| 000012 | Commonwealth Edison Company<br>3 Lincoln Center<br>Attn: Bankruptcy Section<br>Oakbrook Terrace, IL 60181 | $ | $ | $ |
| 000013 | Industrial & Wholesale Lumber<br>dba Totem Lumber & Supply<br>4401 N 25th Avenue<br>Schiller Park, IL 60176 | $ | $ | $ |
| 000014 | Renaissance Construction Fasteners<br>869 S Rohlwing Rd<br>Unit G<br>Addison, IL 60101 | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

    Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson

Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.