# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

In re:                                    §
                                          §
JP STONE CONSTRUCTION INC                 §      Case No. 09-32700 JPC
                                          §
            Debtor(s)                     §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> CLERK OF THE U.S. BANKRUPTCY COURT
> KENNETH S. GARDNER
> 219 S. Dearborn St.
> Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 08/11/2011 in Courtroom 619,

> UNITED STATES BANKRUPTCY COURT
> 219 S. Dearborn St.
> Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/08/2011                    By: UNITED STATES BANKRUPTCY
                                                COURT
                                                                              Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
 §
JP STONE CONSTRUCTION INC § Case No. 09-32700 JPC
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 15,000.52 |
| and approved disbursements of | $ 0.00 |
| leaving a balance on hand of[1] | $ 15,000.52 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: RONALD R. PETERSON | $ 2,250.05 | $ 0.00 | $ 2,250.05 |
| Trustee Expenses: RONALD R. PETERSON | $ 90.95 | $ 0.00 | $ 90.95 |
| Other: Dept of the Treasury | $ 100.00 | $ 0.00 | $ 100.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,441.00 |
| Remaining Balance | $ 12,559.52 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 9,042.40  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002B | Chicago Regional Council of Carpenters<br>Bruce C Scalambrino<br>c/o Scalambrino & Arnoff, LLP<br>One North LaSalle Street, Suite 1600<br>Chicago, IL 60602 | $ 9,042.40 | $ 0.00 | $ 9,042.40 |
| | Total to be paid to priority creditors | | | $ 9,042.40 |
| | Remaining Balance | | | $ 3,517.12 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 432,491.90  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.8  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Acuity, a Mutual Insurance Company<br>c/o Kohner, Mann & Kailas, S.C.<br>4650 N. Port Washington Rd.<br>Milwaukee, WI 53212 | $ 103,949.38 | $ 0.00 | $ 845.34 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Chicago Regional Council of Carpenters<br>Bruce C Scalambrino<br>c/o Scalambrino & Arnoff, LLP<br>One North LaSalle Street, Suite 1600<br>Chicago, IL 60602 | $ 273,273.15 | $ 0.00 | $ 2,222.32 |
| 000003 | Carpenters Pension & Retirement Savings Funds IL<br>Baum Sigman Auerbach & Neuman, Ltd.<br>c/o Jennifer L. Dunitz-Geiringer<br>200 W. Adams Street, Suite 2200<br>Chicago, IL 60606 | $ 9,110.96 | $ 0.00 | $ 74.09 |
| 000004 | Discover Bank<br>DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | $ 2,149.20 | $ 0.00 | $ 17.48 |
| 000005 | Fox River Components<br>5N172 Fox Bluff Court<br>St Charles IL 60175-5174 | $ 6,600.50 | $ 0.00 | $ 53.68 |
| 000006 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | $ 16,626.25 | $ 0.00 | $ 135.21 |
| 000007 | Industrial & Wholesale Lumber<br>dba Totem Lumber & Supply<br>4401 N 25th Avenue<br>Schiller Park, IL 60176 | $ 604.58 | $ 0.00 | $ 4.91 |
| 000008 | Time Savers Inc<br>Teller Levit & Silvertrust<br>11 East Adams Street<br>Chicago IL 60603 | $ 3,726.15 | $ 0.00 | $ 30.30 |
| 000009 | State of Wisconsin<br>DWD-Unemployment Ins<br>PO Box 8914<br>Madison, WI 53708 | $ 1,863.59 | $ 0.00 | $ 15.16 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | Maximum Marketing<br>833 West Jackson Blvd<br>Suite 300<br>Chicago IL 60607 | $ 12,644.94 | $ 0.00 | $ 102.83 |
| 000012 | Commonwealth Edison Company<br>3 Lincoln Center<br>Attn: Bankruptcy Section<br>Oakbrook Terrace, IL 60181 | $ 726.26 | $ 0.00 | $ 5.91 |
| 000013 | Industrial & Wholesale Lumber<br>dba Totem Lumber & Supply<br>4401 N 25th Avenue<br>Schiller Park, IL 60176 | $ 604.58 | $ 0.00 | $ 4.92 |
| 000014 | Renaissance Construction Fasteners<br>869 S Rohlwing Rd<br>Unit G<br>Addison, IL 60101 | $ 612.36 | $ 0.00 | $ 4.97 |

Total to be paid to timely general unsecured creditors  $ 3,517.12

Remaining Balance  $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson
Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 09-32700-JPC
JP Stone Construction Inc Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: arodarte      Page 1 of 2      Date Rcvd: Jul 08, 2011
                     Form ID: pdf006    Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2011.

```
db           +JP Stone Construction Inc,    410 Domenic,    Franklin Park, IL 60131-1004
tr           +Ronald R Peterson,    Jenner & Block LLP,    353 N. Clark Street,    Chicago, IL 60654-5474
14406931      Abb Electric,    4453 Merrimac Avenue,    Chicago IL  60630-3015
14406917      Acuity,    2800 South Taylor Drive,    PO Box 718,    Sheboygan Wisconsin 53082-0718
14496613     +Acuity, a Mutual Insurance Company,    c/o Kohner, Mann & Kailas, S.C.,
               4650 N. Port Washington Rd.,     Milwaukee, WI 53212-1077
14465683     +Ames Taping Tools,    PO Box 281017,    Atlanta, GA 30384-1017
14465692     +CNA Surety Claim Center,    101 S Phillips Ave,    PO Box 5077,    Sioux Falls, SD 57117-5077
14676555     +Carpenters Pension & Retirement Savings Funds IL,    Baum Sigman Auerbach & Neuman, Ltd.,
               c/o Jennifer L. Dunitz-Geiringer,    200 W. Adams Street, Suite 2200,    Chicago, IL 60606-5231
14406929     +Carpenters Pension and Retirement,    Funds of Illinois,    PO Box 4001,    Geneva IL 60134-4001
14465691     +Cbeyond,    13474 Collection Center Drive,    Chicago, IL 60693-0134
14406920      Chase Bank,    Cardmember Services,    PO Box 15153,    Wilmington Delaware  19886-5153
14406919      Chase Bank,    Cardmember Services,    PO Box 15153,    Wilmington Deleware 19886-5153
14406916     +Chase Bank,    PO Box 9001022,    Louisville Kentucky 40290-1022
14941000      Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
14405846     +Chicago Regional Council of Carpenters,    Pension Fund Welfare Fune and,
               Apprentice and Trainee Program Fund,    PO Box 94432,    Chicago IL 60690-4432
14615957     +Chicago Regional Council of Carpenters,    Bruce C Scalambrino,    c/o Scalambrino & Arnoff, LLP,
               One North LaSalle Street, Suite 1600,    Chicago, IL 60602-3935
14465685     +Comtread Inc,    2700 N 29th Ave Ste 108,    Hollywood, FL 33020-1513
14465696     +Dept of Workforce Development,    Division of Unemployment,    Insurance Collections Tax,
               PO Box 7945,    Madison, WI 53707-7945
14465695     +Dept of the Treasury,    IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
14406927     +Edward Hines Lumber Co,    5401 North Wolcott,    Chicago Illinois 60640-1017
14465754     +Enots LLC,    410 Domenic Ct,    Franklin Park, IL 60131-1004
14406928      Fox River Components,    5N172 Fox Bluff Court,    St Charles IL  60175-5174
14406930     +Gypsum Supply Co,    724 Parkwood Avenue,    Romeoville IL 60446-1135
14465684     +Hilti Inc,    PO Box 382002,    Pittsburgh, PA 15250-8002
14406926      Home Depot Credit Services,    PO Box 6925,    The Lakes Nevada  88901-6925
14465682     +Huck Bouma,    1755 S Naperville Rd,    Suite 200,    Wheaton, IL 60189-5844
14465693     +IL Dept of Employment Security,    Benefit Payment Control Division,    PO Box 4385,
               Chicago, IL 60680-4385
14465694    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: IL Dept of Revenue,    Bankruptcy Section,    Level 7-425,
               100 W Randolph,    Chicago, IL 60101)
14406922     +Industrial & Wholesale Lumber,    dba Totem Lumber & Supply,    4401 N 25th Avenue,
               Schiller Park, IL 60176-1476
14465686     +Larrys Plumbing,    2316 17th Avenue,    Franklin Park, IL 60131-3407
14406923     +Maximum Marketing,    833 West Jackson Blvd Suite 300,    Chicago IL 60607-5400
14465681     +Molenhouse Enterprise Inc,    PO Box 36,    Wheaton, IL 60187-0036
14465755     +Mr John Stone,    410 Domenic Ct,    Franklin Park, IL 60131-1004
14406921      Nexgen Building Supply,    PO Box 809341,    Chicago IL  60680-9341
14406925      Porte Brown LLC,    845 Oakton Street,    Elk Grove Village Illinois  60007-1904
14406918     +Reinke,    PO Box 3369,    Oak Park IL 60303-3369
14465690     +Renaissance Construction Fasteners,    869 S Rohlwing Rd,    Unit G,    Addison, IL 60101-4231
14465753     +State of Wisconsin,    IRS,    Centralized Insolvency Operations,    PO Box 21126,
               Philadelphia, PA 19114-0326
14465697     +The Blue Book,    2800 River Rd #140,    Des Plaines, IL 60018-6011
14406924     +Time Savers Inc,    Teller Levit & Silvertrust,    11 East Adams Street,    Chicago IL 60603-6369
14465688     +Village of Bensenville,    12 South Center St,    Bensenville, IL 60106-2130
14465687      WM Cleaning Services,    1924 W Fry St Ste 203,    Chicago, IL 60622
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14465689     +E-mail/Text: legalcollections@comed.com Jul 08 2011 23:11:35     Comed,    PO Box 6111,
               Carol Stream, IL 60197-6111
15845864     +E-mail/Text: legalcollections@comed.com Jul 08 2011 23:11:35     Commonwealth Edison Company,
               3 Lincoln Center,    Attn: Bankruptcy Section,    Oakbrook Terrace, IL 60181-4204
14898482      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 09 2011 01:29:09      Discover Bank,
               DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
14406933      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 09 2011 01:29:09      Discover Business Card,
               PO Box 6103,    Carol Stream IL 60197-6103
14406932      E-mail/Text: bankrup@nicor.com Jul 08 2011 23:09:18     Nicor Gas,    PO Box 0632,
               Aurora IL  60507-0632
15017691     +E-mail/Text: UIInsolvCollections@dwd.wisconsin.gov Jul 08 2011 23:30:14      State of Wisconsin,
               DWD-Unemployment Ins,    PO Box 8914,    Madison, WI 53708-8914
                                                                                               TOTAL: 6
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0752-1          User: arodarte            Page 2 of 2                  Date Rcvd: Jul 08, 2011
                              Form ID: pdf006           Total Noticed: 48

aty        ##+Charles M Shepherd,   15 Spinning Wheel Road,   Suite 210,   Hinsdale, IL 60521-2984
                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 10, 2011**                     **Signature:**     _/s/ Joseph Speetjens_