# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re: §
§
JP STONE CONSTRUCTION INC § Case No. 09-32700 JPC
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 12,559.94 | Claims Discharged Without Payment: 428,974.36 |
| Total Expenses of Administration: 2,441.00 | |

3) Total gross receipts of $ 15,000.94 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 15,000.94 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,441.00 | 2,441.00 | 2,441.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 9,042.40 | 9,042.40 | 9,042.40 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 432,491.90 | 432,491.90 | 3,517.54 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 443,975.30 | $ 443,975.30 | $ 15,000.94 |

4)  This case was originally filed under chapter 7 on  09/02/2009 .  The case was pending for 30 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/09/2012                By:/s/RONALD R. PETERSON
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Real Property (Schedule A) | 1110-000 | 15,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.94 |
| **TOTAL GROSS RECEIPTS** | | **$ 15,000.94** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | 2100-000 | NA | 2,250.05 | 2,250.05 | 2,250.05 |
| RONALD R. PETERSON | 2200-000 | NA | 90.95 | 90.95 | 90.95 |
| DEPT OF THE TREASURY | 2810-000 | NA | 100.00 | 100.00 | 100.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,441.00 | $ 2,441.00 | $ 2,441.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002B | CHICAGO REGIONAL COUNCIL OF CARPENT | 5400-000 | NA | 9,042.40 | 9,042.40 | 9,042.40 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 9,042.40 | $ 9,042.40 | $ 9,042.40 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | ACUITY, A MUTUAL INSURANCE COMPANY | 7100-000 | NA | 103,949.38 | 103,949.38 | 845.44 |
| 000003 | CARPENTERS PENSION & RETIREMENT SAV | 7100-000 | NA | 9,110.96 | 9,110.96 | 74.10 |
| 000006 | CHASE BANK USA NA | 7100-000 | NA | 16,626.25 | 16,626.25 | 135.23 |
| 000002A | CHICAGO REGIONAL COUNCIL OF CARPENT | 7100-000 | NA | 273,273.15 | 273,273.15 | 2,222.58 |
| 000012 | COMMONWEALTH EDISON COMPANY | 7100-000 | NA | 726.26 | 726.26 | 5.91 |
| 000004 | DISCOVER BANK | 7100-000 | NA | 2,149.20 | 2,149.20 | 17.48 |
| 000005 | FOX RIVER COMPONENTS | 7100-000 | NA | 6,600.50 | 6,600.50 | 53.68 |
| 000013 | INDUSTRIAL & WHOLESALE LUMBER | 7100-000 | NA | 604.58 | 604.58 | 4.92 |
| 000007 | INDUSTRIAL & WHOLESALE LUMBER | 7100-000 | NA | 604.58 | 604.58 | 4.91 |
| 000011 | MAXIMUM MARKETING | 7100-000 | NA | 12,644.94 | 12,644.94 | 102.84 |
| 000014 | RENAISSANCE CONSTRUCTION FASTENERS | 7100-000 | NA | 612.36 | 612.36 | 4.98 |
| 000009 | STATE OF WISCONSIN | 7100-000 | NA | 1,863.59 | 1,863.59 | 15.16 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | TIME SAVERS INC | 7100-001 | NA | 3,726.15 | 3,726.15 | 30.31 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 432,491.90 | $ 432,491.90 | $ 3,517.54 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 09-32700 | Judge: JACQUELINE P. COX | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | JP STONE CONSTRUCTION INC | | Date Filed (f) or Converted (c): | 09/02/09 (f) |
| | | | 341(a) Meeting Date: | 10/16/09 |
| For Period Ending: | 02/09/12 | | Claims Bar Date: | 01/25/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Mechanic's Lien (u) | 0.00 | 15,000.00 | | 15,000.00 | 0.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.94 | Unknown | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $0.00 | $15,000.00 | | $15,000.94 | $0.00 | $0.00 | $0.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 30, 2012, 12:27 pm. TDR will be filed in the first quarter of 2012.

January 26, 2011, 9:22 p.m. In receipt of the funds. Case is ready for closing.

Initial Projected Date of Final Report (TFR): 06/30/12       Current Projected Date of Final Report (TFR): 04/01/11

_____  Date: _____
RONALD R. PETERSON

Page: 1
Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-32700 -JPC
Case Name: JP STONE CONSTRUCTION INC

Taxpayer ID No: *******0660
For Period Ending: 02/09/12

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *********0710  Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/13/11 | | Au Bkon Pain One Au Bon Pain Way Boston, MA 02210 | Mechanic's Lien | 1110-000 | 15,000.00 | | 15,000.00 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.15 | | 15,000.15 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 15,000.27 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,000.40 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 15,000.52 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.13 | | 15,000.65 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 15,000.77 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 15,000.89 |
| 08/12/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 15,000.94 |
| 08/12/11 | | Transfer to Acct #*******9315 | Final Posting Transfer | 9999-000 | | 15,000.94 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 15,000.94 | 15,000.94 |
| Less: Bank Transfers/CD's | | 0.00 | 15,000.94 |
| Subtotal | | 15,000.94 | 0.00 |
| Less: Payments to Debtors | | | 0.00 |
| Net | | 15,000.94 | 0.00 |

Page Subtotals       15,000.94      15,000.94

LFORM24   **UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 16.05c

Exhibit 9

Page: 2

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-32700 -JPC | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- |
| Case Name: | JP STONE CONSTRUCTION INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9315 BofA - Checking Account |
| Taxpayer ID No: | *******0660 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 02/09/12 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/12/11 | | Transfer from Acct #*******0710 | Transfer In From MMA Account | 9999-000 | 15,000.94 | | 15,000.94 |
| 08/12/11 | 003001 | Ronald R. Peterson Jenner & Block LLP 353 North Clark Street Chicago, Illinois 60654-3456 | Trustee's compensation | 2100-000 | | 2,250.05 | 12,750.89 |
| 08/12/11 | 003002 | Ronald R. Peterson Jenner & Block LLP 353 North Clark Street Chicago, Il 60654-3456 | Trustee's expenses | 2200-000 | | 90.95 | 12,659.94 |
| 08/12/11 | 003003 | Dept of the Treasury IRS Centralized Insolvency Operations PO Box 21126 Philadelphia, PA 19114 | I.R.S. Claim | 2810-000 | | 100.00 | 12,559.94 |
| 08/12/11 | 003004 | Chicago Regional Council of Carpenters Bruce C Scalambrino c/o Scalambrino & Arnoff, LLP One North LaSalle Street, Suite 1600 Chicago, IL 60602 | Health & Wellfare | 5400-000 | | 9,042.40 | 3,517.54 |
| 08/12/11 | 003005 | Acuity, a Mutual Insurance Company c/o Kohner, Mann & Kailas, S.C. 4650 N. Port Washington Rd. Milwaukee, WI 53212 | Final distribution | 7100-000 | | 845.44 | 2,672.10 |
| 08/12/11 | 003006 | Chicago Regional Council of Carpenters Bruce C Scalambrino c/o Scalambrino & Arnoff, LLP One North LaSalle Street, Suite 1600 Chicago, IL 60602 | Final distribution | 7100-000 | | 2,222.58 | 449.52 |
| 08/12/11 | 003007 | Carpenters Pension & | | 7100-000 | | 74.10 | 375.42 |
| | | | Page Subtotals | | 15,000.94 | 14,625.52 | |

Page: 3
Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-32700 -JPC | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- |
| Case Name: | JP STONE CONSTRUCTION INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9315 BofA - Checking Account |
| Taxpayer ID No: | *******0660 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 02/09/12 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/12/11 | 003008 | Retirement Savings Funds IL Baum Sigman Auerbach & Neuman, Ltd. c/o Jennifer L. Dunitz-Geiringer 200 W. Adams Street, Suite 2200 Chicago, IL 60606 | Final distribution | 7100-000 | | 17.48 | 352.94 |
| 08/12/11 | 003009 | Discover Bank DFS Services LLC PO Box 3025 New Albany OH 43054-3025 | Final distribution | 7100-000 | | 53.68 | 304.26 |
| 08/12/11 | 003010 | Fox River Components 5N172 Fox Bluff Court St Charles IL 60175-5174 | Final distribution | 7100-000 | | 135.23 | 169.03 |
| 08/12/11 | 003011 | Chase Bank USA NA PO BOX 15145 Wilmington, DE 19850-5145 | Final distribution | 7100-000 | | 4.92 | 164.11 |
| 08/12/11 * | 003012 | Industrial & Wholesale Lumber dba Totem Lumber & Supply 4401 N 25th Avenue Schiller Park, IL 60176 | Final distribution | 7100-003 | | 30.31 | 133.80 |
| 08/12/11 | 003013 | Time Savers Inc Teller Levit & Silvertrust 11 East Adams Street Chicago IL 60603 | Final distribution | 7100-000 | | 15.16 | 118.64 |
| 08/12/11 | 003014 | State of Wisconsin DWD-Unemployment Ins PO Box 8914 Madison, WI 53708 | Final distribution | 7100-000 | | 102.84 | 15.80 |
| | | Maximum Marketing 833 West Jackson Blvd Suite 300 Chicago IL 60607 | | | | | |

| | | | | Page Subtotals | 0.00 | 359.62 | |

LFORM24    UST Form 101-7-TDR (5/1/2011) *(Page: 10)*    Ver: 16.05c

Page: 4
Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-32700 -JPC
Case Name: JP STONE CONSTRUCTION INC
Taxpayer ID No: *******0660
For Period Ending: 02/09/12

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******9315 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/12/11 | 003015 | Commonwealth Edison Company<br>3 Lincoln Center<br>Attn: Bankruptcy Section<br>Oakbrook Terrace, IL 60181 | Final distribution | 7100-000 | | 5.91 | 9.89 |
| 08/12/11 | 003016 | Industrial & Wholesale Lumber<br>dba Totem Lumber & Supply<br>4401 N 25th Avenue<br>Schiller Park, IL 60176 | Final distribution | 7100-000 | | 4.91 | 4.98 |
| 08/12/11 | 003017 | Renaissance Construction Fasteners<br>869 S Rohlwing Rd<br>Unit G<br>Addison, IL 60101 | Final distribution | 7100-000 | | 4.98 | 0.00 |
| * 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-003 | | 0.04 | -0.04 |
| * 11/09/11 | | Reverses Adjustment OUT on 10/31/11 | BANK SERVICE FEE<br>MarkEvans told me to reverse this | 2600-003 | | -0.04 | 0.00 |
| * 11/23/11 | 003012 | Time Savers Inc<br>Teller Levit & Silvertrust<br>11 East Adams Street<br>Chicago IL 60603 | Final distribution | 7100-003 | | -30.31 | 30.31 |
| 11/23/11 | 003018 | BANKRUPTCY COURT CLERK<br>219 SOUTH DEARBORN ST.<br>CHICAGO, IL 60604 | Final distribution | 7100-001 | | 30.31 | 0.00 |

Page Subtotals  0.00  15.80

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5
Exhibit 9

Case No: 09-32700 -JPC
Case Name: JP STONE CONSTRUCTION INC
Taxpayer ID No: *******0660
For Period Ending: 02/09/12

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******9315 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | 0.00 |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 15,000.94 | 15,000.94 | |
| | | | Less: Bank Transfers/CD's | | 15,000.94 | 0.00 | |
| | | | Subtotal | | 0.00 | 15,000.94 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 15,000.94 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *********0710 | 15,000.94 | 0.00 | 0.00 |
| BofA - Checking Account - *********9315 | 0.00 | 15,000.94 | 0.00 |
| | 15,000.94 | 15,000.94 | |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

LFORM24 **UST Form 101-7-TDR (5/1/2011)** *(Page: 12)* Ver: 16.05c